**Electronically Filed
Supreme Court
SCWC-16-0000597
09-DEC-2019
02:12 PM**

SCWC-16-0000096 & SCWC-16-0000597

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JESSE W. JONES,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000096 & CAAP-16-0000597; 1PC121000865)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Johnson, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Jesse W. Jones'
Applications for Writ of Certiorari, filed on October 25, 2019,
are hereby rejected.

DATED: Honolulu, Hawai'i, December 9, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Ronald G. Johnson

